**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | |
| **v.** | : | **CASE NO. 1:26-CR-00093-DKC** |
| | : | |
| **KANYE GREEN,** | : | |
| | : | |
| **Defendant.** | : | |

## MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEFING IN SUPPORT OF MOTION TO SUPPRESS

The defendant, Kanye Green, by and through his attorney, respectfully petitions this Court for leave to file a supplemental briefing in support of his motion to suppress on or before August 14, 2026.

On May 14, 2026, the defense filed a motion to suppress evidence and a request for an evidentiary hearing. ECF No. 27. The government filed its response on June 26, 2026. ECF No. 43. The defense filed a reply on July 10, 2026. ECF No. 44. A hearing was held on August 4, 2026, at 9:30 a.m. ECF No. 53.

The defense now seeks leave to supplement the record with case law that was issued after the defense's initial briefing. In addition, the defense seeks to clarify and address certain statements that were made on the record, and which upon further review, may be legally incorrect. In order to address these statements with accuracy, the defense ordered a transcript of the hearing on a 3-day turnaround. The earliest the defense can receive the transcript is August 10, 2026.

Thus, the defense respectfully seeks leave to file a brief supplement addressing the above issues on or before August 14, 2026.

A proposed order is attached.

Respectfully submitted,

JAMES WYDA
Federal Public Defender
for the District of Maryland

/s/

Gabriel Reyes (NY Reg. 4722799)
Jessica Sawadogo
Assistant Federal Public Defenders
Office of the Federal Public Defender
100 South Charles Street
Tower II, 9th Floor
Baltimore, Maryland 21201
Phone: (410) 962-3962
Email: gabriel_reyes@fd.org